UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SUPERMEDIA LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:12-cv-01117-BPG |
| BALDINO'S LOCK & KEY, INC., et al., | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AMENDED SCHEDULING ORDER

Pursuant to this Court's Letter Order dated August 13, 2013 (Doc. No. 56), the parties

jointly submit the following proposed amended scheduling order:

### DEADLINES

| | |
|---|---|
| September 16, 2013 | Plaintiff's Rule 26(a)(2) disclosures |
| October 16, 2013 | Defendants' Rule 26(a)(2) disclosures |
| October 31, 2013 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| November 15, 2013 | Rule 26(e)(2) supplementation of disclosures and responses |
| January 31, 2014 | Discovery deadline; submission of status report |
| February 14, 2014 | Requests for admission |
| March 14, 2014 | Dispositive pretrial motions deadline |

Date: August 21, 2013

_____ /s/ _____
The Honorable Beth P. Gesner,
United States Magistrate Judge